IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL ARAGON, as Personal
Representative of the Estate of Lionel
Navarette, Deceased; GUADLUPE
NAVARETTE, Individually; LIONEL
NAVARETTE, JR., Individually; DANIEL
NAVARETTE, Individually; AARON
NAVARETTE, Individually; and ERIC
NAVARETTE, Individually,

    Plaintiffs,                        Civ. No. 18-93 KG/JHR

CARLSBAD MEDICAL CENTER, LLC,

    Defendant.

## ORDER

This matter comes before the Court upon Plaintiffs' Motion for Leave to File First Amended Complaint, filed May 4, 2018. (Doc. 14). Defendant filed a response on May 18, 2018, and Plaintiffs filed a reply on May 31, 2018. (Docs. 15 and 16). On July 25, 2018, the Court held a telephonic hearing on the motion. Gary Mitchell and Damon Richards represented Plaintiffs at the telephonic hearing while Ryan Clement represented Defendant.

Having considered the Motion for Leave to File First Amended Complaint, the accompanying briefing, and the argument of counsel at the telephonic hearing, and for the reasons stated on the record at the July 25, 2018, telephonic hearing, the Court ORDERS that

    1. the Motion for Leave to File First Amended Complaint (Doc. 14) is granted in part;

    2. on or before August 6, 2018, Plaintiffs may file a first amended complaint that adds only Kina Chaves, Krista Matthews, and Jewell Garrett as Defendants; and

3. once Plaintiffs file the first amended complaint, the Court will, pursuant to 28 U.S.C. § 1447(e), remand this case to the Fourth Judicial District, County of Mora, State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE