IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL ARAGON, as Personal
Representative of the Estate of Lionel
Navarette, Deceased; GUADLUPE
NAVARETTE, Individually; LIONEL
NAVARETTE, JR., Individually; DANIEL
NAVARETTE, Individually; AARON
NAVARETTE, Individually; and ERIC
NAVARETTE, Individually,

      Plaintiffs,                        Civ. No. 18-93 KG/JHR

CARLSBAD MEDICAL CENTER, LLC;
KINA CHAVES; KRISTA MATTHEWS;
and JEWELL GARRETT,

      Defendants.

## ORDER OF REMAND

This matter comes before the Court upon Plaintiffs' First Amended Complaint, filed on August 2, 2018. (Doc. 22). Plaintiffs, New Mexico citizens, originally sued Carlsbad Medical Center, LLC, a Delaware citizen, in the Fourth Judicial District, County of Mora, State of New Mexico. (Doc. 1-1). Defendant Carlsbad Medical Center, LLC removed this case from state court on the basis of diversity subject matter jurisdiction. (Doc. 1) at 2. Plaintiffs then filed a motion to add New Mexico Defendants in a First Amended Complaint, which the Court granted, in part. (Doc. 21). Because the First Amended Complaint now brings causes of actions against New Mexico citizens Kina Chaves, Krista Matthews, and Jewell Garrett, diversity subject matter jurisdiction is destroyed and the Court must remand this action to state court. *See* 28 U.S.C. § 1447(e) ("If after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court.").

IT IS, THEREFORE, ORDERED that this action is remanded to the Fourth Judicial District, County of Mora, State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE